Jose Jaime MONTERO, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5002.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2009.

*ORDER*

Appellant having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 10, 2009 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) Respondent's brief is due on or before December 28, 2009.

Lori E. VALDEZ, Petitioner,

v.

DEPARTMENT OF the NAVY,
Respondent.

No. 2010–3035.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2009.

Neil C. Bonney, Bonney, Allenberg & O'Reilly, PC, Virginia Beach, VA, for Petitioner.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.